RECEIVED

AUG 08 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT JUDGE
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JOHN BENJAMIN HICKMAN | CIVIL ACTION NO: 11-135-P |
| VERSUS | JUDGE WALTER |
| JOHNNY RAY NORMAN, ET AL. | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims against Scott Kendrick, Julie Jones, William Jones, and his retaliation claims be **DISMISSED WITH PREJUDICE AS FRIVOLOUS** under 28 U.S.C. § 1915(e) and his civil rights claims seeking monetary compensation for his allegedly unconstitutional arrest, prosecution, conviction and sentence, and parole revocation be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) until such time as the Heck conditions are met.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 8 day of August 2013.

_____
DONALD WALTER
UNITED STATES DISTRICT JUDGE